HOME OWNERS' LOAN CORPORATION, Respondent, v. MARY L. STARK, FRANK M. SWACKER and LORETTA C. SWACKER, His Wife, Appellants.— Motion to dismiss appeal from the order granting judgment of foreclosure and sale, entered October 2, 1936, granted, and appeal dismissed, without costs. Motion for leave to appeal to the Court of Appeals from the order of this court dated October 16, 1936, denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of QUEENS COUNTY BAR ASSOCIATION in Respect of RICHARD F. ADAMS, an Attorney and Counselor at Law, Respondent.— Respondent's indifference to and neglect of his client's interests after having received a substantial fee and his failure to return the unearned share require that he be suspended from the practice of the law for a period of two years. An appropriate accounting to his client may have an effect upon a motion for reinstatement. The respondent is suspended from the practice of the law for a period of two years. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title, etc., to All Land and Land under Water Not Heretofore Acquired by The City of New York for Park Purposes Extending from Jacob Riis Park to the Westerly Line of Beach Second Street, Far Rockaway, in the Borough of Queens, City of New York, etc. METRO INVESTING AND CREDIT CORPORATION and THOMPSON PARK AMUSEMENT CORPORATION, Appellants; THE CITY OF NEW YORK, Respondent, and HARRY LAMBROS, Lessee-Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of Supplementary Proceedings: RAILROAD CO-OPERATIVE BUILDING AND LOAN ASSOCIATION, Respondent, v. LEWIS A. COCKS, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Application of MANUFACTURERS TRUST COMPANY as Coexecutor and Cotrustee of the Last Will and Testament of JOSEPH SCHRIER, Late of the County of Kings, Deceased, to Be Allowed to Resign as Such Coexecutor and Cotrustee. HAROLD SCHRIER and ISAAC SCHRIER, as Coexecutors and Cotrustees of JOSEPH SCHRIER, Deceased, Appellants; WILLIAM C. MCCREERY, as Special Guardian of Infants, etc., Respondent.— Motion to resettle order dated October 23, 1936, denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.